ACCEPTED
03-14-00397-CV
7891798
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/18/2015 3:50:52 PM
JEFFREY D. KYLE
CLERK

**No. 03-14-00397-CV**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/18/2015 3:50:52 PM
JEFFREY D. KYLE
~~Clerk~~

In The Court Of Appeals
For The Third Court Of Appeals District
Austin, Texas

**AMERICAN MULTI-CINEMA, INC.**

*Appellant & Cross-Appellee,*

**v.**

**GLENN HEGAR, COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TEXAS, AND KEN PAXTON, ATTORNEY GENERAL OF THE STATE OF TEXAS**

*Appellees & Cross-Appellants.*

ON APPEAL FROM THE 200TH JUDICIAL DISTRICT COURT, TRAVIS COUNTY, TEXAS
TRIAL COURT CAUSE NO. D-1-GN-12-003831

**APPELLANT/CROSS-APPELLEE'S FIRST UNOPPOSED MOTION TO EXTEND TIME TO FILE A RESPONSE TO APPELLEES/CROSS-APPELLANTS' MOTION FOR REHEARING AND FOR RECONSIDERATION EN BANC**

Mark W. Eidman
Texas Bar No. 06496500
Mark.Eidman@RyanLawLLP.com

Doug Sigel
Texas Bar No. 18347650
Doug.Sigel@RyanLawLLP.com

Amy Wills
Texas Bar No. 24093379
Amy.Wills@RyanLawLLP.com

RYAN LAW FIRM, LLP
100 Congress Avenue, Suite 950
Austin, Texas 78701
512.459.6600 Telephone
512.459.6601 Facsimile

***Counsel for Appellant & Cross Appellee***

TO THE HONORABLE THIRD COURT OF APPEALS:

Pursuant to Tex. R. App. P. 10.1 and 38.6 (d), the Appellant and Cross-Appellee, American Multi-Cinema, Inc. ("AMC"), files this First Unopposed Motion to Extend Time to File a Response to Appellees'/Cross-Appellants' Motion for Rehearing and for Reconsideration En Banc.

AMC's Response to Appellees'/Cross-Appellants' Motion for Rehearing and for Reconsideration En Banc ("Response") is currently due on **November 30, 2015**. Counsel for AMC requests a 30-day extension of time to file the Response, making the brief due on **December 30, 2015**. This is the first request for extension of time to file the Response.

Counsel for AMC relies on the following reasons, in addition to the routine matters that counsel must attend to in daily practice, to explain the need for the requested extension:

• The undersigned counsel is out-of-state on firm-related matters on November 17-18, 2015.

• The undersigned counsel is currently preparing a Reply in Support of Brief on the Merits in *Southwest Royalties, Inc. v. Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of The State of Texas*; No. 14-0743; in the Supreme Court of Texas, due to be filed on November 24, 2015.

• The undersigned counsel is preparing for a hearing in the case, styled *Wyoming Department of Revenue v. Albertson's LLC and New Albertson's Inc.*; Docket No. 183-552; in 1st Judicial District Court of Laramie County, Wyoming, to be held on November 24, 2015.

• The period prescribed for the preparation of the Response includes the Thanksgiving holiday, which will present substantial conflict due to long term travel plans for each of AMC's attorneys.

• The undersigned counsel is currently working on pre-trial deadlines and preparing a Trial Brief in the case, styled *Dish Network, L.L.C. v. Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of The State of Texas*; Cause No. D-1-GN-15-000344; in the 201st Judicial District Court of Travis County, Texas, due to be filed on November 30, 2015.

• The undersigned counsel is preparing responses to discovery requests in the case styled *Ryan Directional Services, Inc. v. Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas*; Cause No. D-1-GN-15-003250; in the 53rd Judicial District Court of Travis County, Texas, due to be served on November 30, 2015.

Counsel for AMC seeks this extension of time to be able to prepare a cogent and succinct response to aid this Court in its analysis of the issues presented. Given the other time commitments imposed on counsel, it will not be possible to prepare the Response by November 30, 2015. This request is not sought for delay but so that justice may be done.

All facts recited in this motion are within the personal knowledge of the counsel signing this motion; therefore no verification is necessary under Texas Rule of Appellate Procedure 10.2.

## PRAYER FOR RELIEF

For the reasons set forth above, AMC respectfully asks the Court to grant this unopposed motion for extension of time, thus making the Appellant/Cross-Appellee's Response to Appellees'/Cross-Appellants' Motion for Rehearing and for Reconsideration En Banc due on December 30, 2014. AMC further requests all other relief to which it may be entitled.

Respectfully submitted,

_Doug Sigel_

Doug Sigel
Texas Bar No. 18347650
doug.sigel@ryanlawllp.com
Amy Wills
Texas Bar No. 24093379
amy.wills@ryanlawllp.com
RYAN LAW FIRM, LLP
100 Congress Avenue, Suite 950
Austin, Texas 78701
Telephone: (512) 459-6600
Facsimile: (512) 459-6601
*Attorneys for Appellant & Cross-Appellee*

## CERTIFICATE OF CONFERENCE

Pursuant to Tex. R. App. P. 10.1(5), I certify that the undersigned counsel conferred with opposing counsel, Cynthia Morales, on November 18, 2015, and she indicated that she does ***not*** oppose this motion.

_Doug Sigel_

Doug Sigel

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of November, 2015, a true and correct copy of the foregoing document has been delivered via electronic mail and/or electronic service to the following counsel of record:

Cynthia Morales
Assistant Attorney General
Charles Eldred
Assistant Attorney General
Tax Division
P.O. Box 12548
Austin, Texas 78711
Telephone: (512) 475-1743
Facsimile: (512) 477-2348
cynthia.morales@texasattorneygeneral.gov
charles.eldred@texasattorneygeneral.gov

Doug Sigel